

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00386-CR

Deshawn Ondrey **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 360545
Honorable Phil Chavarria Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we MODIFY the judgment and bill of costs to delete Williams's requirement to pay attorney's fees. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED April 16, 2014.

_____
Patricia O. Alvarez, Justice